AO 91 (Rev. 08/09) Criminal Complaint          AUSA Geraghty

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>EDUARDO HERNANDEZ-LOPEZ<br>aka EDUARDO HERNANDEZ LOPEZ aka<br>EDUARDO HERNANDEZ aka EDUARDO LOPEZ<br><br>*Defendant(s)* | Case No. 2:25-mj-5 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/24/2024__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) | being an alien, that is, a citizen of Mexico who was ordered deported and removed from the United States on or about 5/13/2010, was found on 11/24/2024 in Franklin County, Ohio, without, prior to his re-entry and at a place outside the United States, obtaining the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8 U.S.Code § 1326(a). |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Santiago Quintero, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/6/2025

_____
Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*